UNITED STATES DISTRICT COURT   SEND
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 07-4901-JFW (PJWx)**   Date: **January 31, 2008**

Title:   Boss Perryman, et al. -v- County of Los Angeles, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**
None   None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

   Plaintiff is ordered to show cause, in writing, no later than February 7, 2008, why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following on or before the above date as an appropriate response to this Order to Show Cause:

|   | Proof of service of summons and complaint |
|---|---|
| X | Answer by the defendant or an application for entry of default pursuant to Federal Rule of Civil Procedure 55(a) |
|   | An application for entry of default judgment pursuant to Federal Rule of Civil Procedure 55(b) |

   No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the dismissal of this action.

   IT IS SO ORDERED.

   The Clerk shall serve a copy of this Minute Order on all parties to this action.

Initials of Deputy Clerk  sr

(Rev. 10/1/04)